UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


TARVIS A. CUTTS,

    Petitioner,

v.

BRUCE CURTIS,

    Respondent.
_____/

Case No. 1:08-cv-6

HONORABLE PAUL L. MALONEY


## JUDGMENT

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.


Date: June 28, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge